# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLTON WRIGHT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 07-1358** |
| | : | |
| **UNITED STATES, et al,** | : | |
| | : | |

## ORDER

AND NOW, this 25th day of January, 2008, upon consideration of the pleadings and records herein, and after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell, to which no objections have been filed, it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. Petitioner's Motion Seeking Amendment of Judgement is **DENIED WITHOUT AN EVIDENTIARY HEARING**.

IT IS SO ORDERED.

*/s Paul S. Diamond*
_____
Paul S. Diamond, J.